**Order entered December 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00672-CR

**JOSEPH VANN HUTCHINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F12-58072-H**

## ORDER

The Court **REINSTATES** the appeal.

On October 22, 2013, we order the trial court to make findings regarding why the reporter's record had not been filed. On December 10, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the October 22, 2013 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/     LANA MYERS
          JUSTICE